**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-1363**

JAMES RONALD PEGGS,

              Plaintiff - Appellant,

        v.

BRIAN SHIPWASH; DAVID WILSON & ROSSABI BLACK SLAUGHTER,
P.A.; ARRON B. ANDERSON TRUSTEE SERVICE OF CAROLINA LLC;
BROCK & SCOTT, PLLC; US BANK TRUST NATIONAL ASSOCIATION,
a/k/a US Bank National Association; WELLS FARGO HOME
MORTGAGE, a/k/a Wells Fargo Bank Association; SURETY
INSURANCE COMPANY,

              Defendants - Appellees.

Appeal from the United States District Court for the Western
District of North Carolina, at Charlotte.   Robert J. Conrad,
Jr., District Judge. (3:15-cv-00278-RJC)

Submitted: October 21, 2016          Decided: November 1, 2016

Before SHEDD and THACKER, Circuit Judges, and DAVIS, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

James Ronald Peggs, Appellant Pro Se.  Kathryn Hicks Shields,
Assistant Attorney General, Raleigh, North Carolina; Emily
Jeffords Meister, Jennifer Lynn Reutter, BLACK SLAUGHTER &
BLACK, P.A., Greensboro, North Carolina; Franklin Lamont Greene,
BROCK & SCOTT, PLLC, Charlotte, North Carolina; B. Chad Ewing,

WOMBLE CARLYLE SANDRIDGE & RICE, PLLC, Charlotte, North Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Ronald Peggs appeals the district court's order dismissing his civil complaint for lack of subject matter jurisdiction and a subsequent order denying reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Peggs v. Shipwash, No. 3:15-cv-00278-RJC (W.D.N.C. Mar. 3, 2016; Mar. 30, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED